United States District Court

Southern District of California

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Jesus Eliezer Dalli Machado,<br><br>　　　　　　Defendant. | Case No. 23-cr-1987-RSH<br><br>**Judgment and Order Granting United States' Motion to Dismiss Information Without Prejudice**<br><br>The Hon. Robert S. Huie |

　　Upon the motion of the United States, and good cause having been shown,

　　IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed without prejudice.

　　IT IS SO ORDERED.

Dated: __3/21/24__

*Robert S Huie*
_____
The Hon. Robert S. Huie
United States District Judge